IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CHARLES GILES, et al.,

              Plaintiffs,

    v.

PHELAN, HALLINAN & SCHMIEG,
L.L.P., et al.,

            Defendants.

Civil Action
No. 11-6239 (JBS/KMW)

**ORDER**

This matter is before the Court on the motion for temporary restraints and entry of a protective order by Defendants Phelan Hallinan & Schmieg, P.C., Francis S. Hallinan, Rosemarie Diamond, Full Spectrum Services, Inc., and Land Title Services of New Jersey, Inc. ("Moving Defendants") [Docket Item 5]; the Court having received briefing in support of the motion by the Moving Defendants on November 21, 2011 and in opposition to the motion by Plaintiffs on November 28, 2011; the Court having heard oral argument on the motion from the Parties at a hearing on November 28, 2011;

For the reasons articulated in the Oral Opinion read into the record at the November 28, 2011 hearing; and for good cause shown

IT IS, this **28th** day of **November, 2011**,

ORDERED that the motion for temporary restraints and entry of a protective order shall be, and hereby is, **DENIED** without prejudice.

   **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge