

1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax: (856) 661-1919
www.flastergreenberg.com

**KENNETH GOODKIND, ESQUIRE**
Member of the NJ, NY & PA Bar
Direct Dial: (856) 661-2273
E-Mail: ken.goodkind@flastergreenberg.com
PLEASE RESPOND TO CHERRY HILL

December 5, 2011

VIA ECF
Hon. Jerome B. Simandle, U.S.D.J.
U.S. Courthouse
I John F. Gerry Plaza
Camden NJ

    Re:   *Giles, et al. v. Phelan Hallinan & Schmieg, LLP, et al.*
         *No. 1:11-CV-06239 (JBS-KMW)*
         *Withdrawal and Amendment of Complaint*

Dear Judge Simandle:

    I write to advise the Court that plaintiffs' counsel, Mr. Narkin, has written to me advising that he will be filing an amended complaint and accordingly that there is no need for the Phelan Defendants to respond to the complaint filed October 24, 2011. Mr. Narkin indicated that he intends to file an amended complaint by December 9, 2011, which is the date by which the Phelan Defendants would otherwise have responded to the complaint that is now being withdrawn.

    Thank you for your attention to this matter.

                            Respectfully,

                            FLASTER/GREENBERG P.C.

                            Kenneth Goodkind

Cc: John Narkin, Esq.

1904374 v1