# EXHIBIT D

## Affidavit, Praecipe for Writ of Execution
## in *Wachovia Bank, N.A. v. Spivey*,
## Philadelphia County Court of Common Pleas, Case No. 07-004303, 2.15.08

4. Name and address of last recorded holder of every mortgage of record:

   Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

   NONE

5. Name and address of every other person who has any record lien on the property:

   Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

   NONE

6. Name and address of every other person who has any record interest in the property and whose interest may be affected by the sale:

   Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

   NONE

7. Name and address of every other person of whom the Plaintiff has knowledge that has any interest in the property that may be affected by the sale:

   Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

   Tenants/Occupants
   7164 GEORGIAN ROAD
   Philadelphia, PA 19138

   Commonwealth of Pennsylvania
   Bureau of Child Support Enforcement
   Attention: Gail Keller
   1400 Spring Garden Street – Rm. 912
   Philadelphia, PA 19130

   Family Court Division
   Support Order Judgment
   1801 Vine Street – Rm. 315
   Philadelphia, PA 19103

   Commonwealth of Pennsylvania
   Department of Welfare
   P.O. Box 2675
   Harrisburg, PA 17105

I verify that the statements made in this Affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

*Daniel G. Schmieg*
DANIEL G. SCHMIEG, ESQ.
Attorney for Plaintiff

Date: February 15, 2008

Affidavit, Praecipe for Writ of Execution
in *Wachovia Bank, N.A. v. Corbin*,
Philadelphia County Court of Common Pleas, Case No. 06-004407, 10.2.06

4. Name and address of last recorded holder of every mortgage of record:

   Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

   NONE

5. Name and address of every other person who has any record lien on the property:

   Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

   NONE

6. Name and address of every other person who has any record interest in the property and whose interest may be affected by the sale:

   Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

   NONE

7. Name and address of every other person of whom the Plaintiff has knowledge that has any interest in the property that may be affected by the sale:

   Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

   Tenants/Occupants
   2216 SOUTH 15TH STREET
   Philadelphia, PA 19145

   Commonwealth of Pennsylvania
   Bureau of Child Support Enforcement
   Attention: Gail Keller
   1400 Spring Garden Street – Rm. 912
   Philadelphia, PA 19130

   Family Court Division
   Support Order Judgment
   1801 Vine Street – Rm. 315
   Philadelphia, PA 19103

   Commonwealth of Pennsylvania
   Department of Welfare
   P.O. Box 2675
   Harrisburg, PA 17105

I verify that the statements made in this Affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

*/s/ Daniel G. Schmieg*
DANIEL G. SCHMIEG, ESQ.
Attorney for Plaintiff

Date: October 2, 2006

## Affidavit, Praecipe for Writ of Execution
## in *Wachovia Bank, N.A. v. Hrubosky*,
## Philadelphia County Court of Common Pleas, Case No. 07-010102422, 2.10.09

7. Name and address of every other person of whom the Plaintiff has knowledge that has any interest in the property that may be affected by the sale:

Name and Last Known Address (if address cannot be reasonably ascertained, please so indicate)

Tenants/Occupants
1835 SEPVIVA STREET
Philadelphia, PA 19125

Commonwealth of Pennsylvania
Bureau of Child Support Enforcement
Attention: Gail Keller
1400 Spring Garden Street – Rm. 912
Philadelphia, PA 19130

Family Court Division
Support Order Judgment
1801 Vine Street – Rm. 315
Philadelphia, PA 19103

Commonwealth of Pennsylvania
Department of Welfare
P.O. Box 2675
Harrisburg, PA 17105

Commonwealth of Pennsylvania
Bureau of Individual Tax
Inheritance Tax Division
6th Floor, Strawberry Square
Dept. #280601
Harrisburg, PA 17128

Internal Revenue Service
Federated Investors Tower
Thirteenth Floor Suite 1300
1001 Liberty Avenue
Pittsburgh, PA 15222

Department of Public Welfare
TPL Casualty Unit
Estate Recovery Program
P.O. Box 8486
Willow Oak Building
Harrisburg, PA 17105-8486

I verify that the statements made in this Affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

*/s/ Daniel G. Schmieg*
DANIEL G. SCHMIEG, ESQ.
Attorney for Plaintiff

Date: February 10, 2009

## Praecipe for Writ of Execution
### in *Wells Fargo Bank, N.A. v. Wolfred*,
### Lancaster County Court of Common Pleas, CI-04-01635, 2.10.09

PRAECIPE FOR WRIT OF EXECUTION - (MORTGAGE FORECLOSURE)
P.R.C.P. 3180-3183

WELLS FARGO BANK, N.A. S/B/M TO : LANCASTER COUNTY
WELLS FARGO HOME MORTGAGE,
INC. : COURT OF COMMON PLEAS
3476 STATEVIEW BOULEVARD
FORT MILL, SC 29715 : CIVIL DIVISION

                          Plaintiff : NO. CI-04-11635

                     vs.

EDWARD H. WOLFRED, JR.
1428 RIVER HILL ROAD
PEQUEA, PA 17565

                     Defendant(s)

TO THE DIRECTOR OF THE PROTHONOTARY:

Issue writ of execution in the above matter:

    Amount Due     $128,198.07
    Additional Fees  $7,288.25
    Interest from    $_____ and Costs
    2/18/05 to Sale Date
    (per diem - $21.07)

                                      Daniel G. Schmieg, Esquire
                                      Attorney for Filing Party
                                      One Penn Center at Suburban Station
                                      1617 John F. Kennedy Boulevard
                                      Suite 1400
                                      Philadelphia, PA 19103-1814
                                      (215) 563-7000

Note: Please attach description of property.

PHS#108563

$31.50 Pd
Ck# 774067
JN

Praecipe for Writ of Execution
in *Wells Fargo Bank, N.A. v. Wolfred*,
Lancaster County Court of Common Pleas, CI-04-01635, 2.17.05

FORM PBC - 9

04-11635

PRAECIPE FOR WRIT OF EXECUTION-(MORTGAGE FORECLOSURE)
P.R.C.P. 3180-3183

WELLS FARGO BANK, N.A. S/B/M TO WELLS FARGO HOME MORTGAGE, INC.

vs.

EDWARD H. WOLFRED, JR.

IN THE COURT OF
COMMON PLEAS OF
LANCASTER COUNTY

No................Term
19/200....E.D.
No................Term
19/200....J.D.
No..CI-04-11635.Term
19/200...A.D.

PRAECIPE WRIT OF
EXECUTION
(MORTGAGE
FORECLOSURE)

ENTERED AND FILED
2005 FEB 17 PM 3:10
PROTHONOTARY'S OFFICE
LANCASTER, PA

To the Prothonotary:

Issue writ of execution in the above matter:

Amount Due $128,198.07
Interest from 2/18/05
At $21.07 per diem to date of sale  $_____
Total                                $_____
Plus Cost                            $_____

Daniel G. Schmieg,
Attorney for Plaintiff
Suite 1400, One Penn
Center
Philadelphia, PA 19104-1814

Esquire

Note: Please furnish four (4) Copies description of Property.

26.00
# 407446
5T

**Act 91 Certification**
**in *Wells Fargo Bank, N.A. v. Wolfred*,**
**Lancaster County Court of Common Pleas, CI-04-01635**

PHELAN, HALLINAN, & SCHMIEG
By: Daniel G. Schmieg, Esquire
Identification No. 62205
One Penn Center at Suburban Station
1617 John F. Kennedy Boulevard, Ste. 1400
Philadelphia, PA 19103-1814

04-11635

Attorney for Plaintiff

WELLS FARGO BANK, N.A. S/B/M TO WELLS
FARGO HOME MORTGAGE, INC.   : LANCASTER COUNTY
                             : COURT OF COMMON PLEAS
                             : CIVIL DIVISION
vs.                          :
                             : NO. CI-04-11635
EDWARD H. WOLFRED, JR.       :

CERTIFICATION

DANIEL G. SCHMIEG, ESQUIRE, hereby states that he is the attorney for the Plaintiff in the above captioned matter and that the premises are not subject to the provisions of Act 91 because it is:

    (X)    an FHA Mortgage
    ( )    non-owner occupied
    ( )    vacant
    ( )    Act 91 procedures have been fulfilled

This certification is made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

DANIEL G. SCHMIEG, ESQUIRE
Attorney for Plaintiff

Case 1:11-cv-06239-JBS-KMW   Document 16-4   Filed 12/09/11   Page 8 of 8 PageID: 415