

1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax: (856) 661-1919
www.flastergreenberg.com

**KENNETH GOODKIND, ESQUIRE**
Member of the NJ, NY & PA Bar
Direct Dial: (856) 661-2273
E-Mail: ken.goodkind@flastergreenberg.com
PLEASE RESPOND TO CHERRY HILL

June 18, 2013

**VIA ECF**
Hon. Jerome B. Simandle, U.S.D.J.
U.S. Courthouse
I John F. Gerry Plaza
Camden, NJ 08103

Re: ***Giles, et al. v. Phelan Hallinan & Schmieg, LLP, et al.***
***No. 1:11-CV-06239 (JBS-KMW)***
***Granting of Request of the Phelan Parties to Extend, to July 23, 2013, Their Time to Reply to Giles' Opposition to Sanctions Motion***

Dear Judge Simandle:

Per the instructions of your law clerk, Rebecca J. Jaffe, Esq., I write to confirm her advice to me that the Court has granted the request made by my letter of June 17, 2013 (Docket No. 96) to extend to Tuesday, July 23, 2013 the time in which the Phelan Parties may reply to the Giles' opposition to the Phelan Parties' Motion for Sanctions.

Thank you for your consideration of my request.

Respectfully,

FLASTER/GREENBERG P.C.

Kenneth Goodkind

KSG/nlw
cc: All counsel via ECF

3290783 v1